

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00884-CV

**IN THE INTEREST OF I.J.A.**, A.J.A III, A.J.A, X.J.A., and E.J.A.

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2024PA00046
Honorable Raul Perales, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE VALENZUELA, AND JUSTICE SPEARS

In accordance with this court's opinion of this date, the trial court's order terminating appellant's parental rights is AFFIRMED. No costs of appeal are taxed against appellant.

SIGNED June 11, 2025.

_____
Adrian A. Spears II, Justice